147 A.3d 448

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LUIS F. ESTELA, DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004581-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.